UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB CHINNI WILSON,<br><br>Defendant. | 5:23-CR-50126-RAL<br><br><br>SENTENCING<br>SCHEDULING ORDER |

Defendant Jacob Chinni Wilson appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing on November 6, 2023. Judge Wollmann issued a Report and Recommendation recommending that the Court accept Defendant's plea of guilty to Attempted Enticement of a Minor Using the Internet as alleged in the Indictment. For good cause, it is hereby

ORDERED that this Court adopts the Report and Recommendation, Doc. 28, the plea of guilty is accepted, and Defendant is adjudged guilty of Attempted Enticement of a Minor Using the Internet as alleged in the Indictment. It is further

ORDERED that the draft presentence report shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event by **December 26, 2023.** It is further

ORDERED that any objection to the presentence report and notice of intent to seek a departure by either the Government or the Defendant shall be filed by counsel in CM/ECF using the Objections to Presentence Report event by **January 8, 2024.** If counsel has no objections to

1

the presentence report, counsel should indicate such by using the Notice of No Objections to Presentence Report event. It is further

ORDERED that all letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event by **January 22, 2024**. All letters of support shall be legibly scanned as one document and not scanned as separate documents. It is further

ORDERED that the final presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event by **January 22, 2024**. An addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on those objections shall also be filed in CM/ECF using the Addendum to Final Presentence Report event. It is further

ORDERED that any Sentencing Memorandum and Motion for Departure or Variance shall be filed in CM/ECF by **January 29, 2024**. It is further

ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Monday, February 5, 2024, at 4:00 p.m.**, in the Courtroom of the U.S. Courthouse in Rapid City, South Dakota.

DATED this 7th day of November, 2023.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE